FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 DEC 28 PM 4:22

DISTRICT OF UTAH

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

### DEPOSIT OF UNCLAIMED FUNDS

| In re: | Bankruptcy Case Number |
|---|---|
| S. LUKE MERKLEY and<br>MEGAN ERVIN MERKLEY,<br><br>Debtors. | 09-20032 RKM<br><br>[Chapter 7] |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The checks listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| JPMorgan Chase Bank, NA<br>Chase Auto Finance<br>PO Box 901032<br>Ft. Worth, TX 76101-2031 | $2.78 |
| Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>Recovery Department<br>P.O. Box 9210<br>Des Moines, IA 50306 | $1.92 |
| RC Willey Financial Services<br>PO Box 65320<br>Salt Lake City, UT 84165-0320 | $2.35 |
| Hospital Corporation of America<br>c/o B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $0.24<br>$1.24<br>$0.41<br>$0.35 |
| Chase Bank USA, NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $4.97 |



SLC_755348.1

Wasatch Pediatrics                                                                $0.46
7138 South 2000 East, #102
Salt Lake City, UT  84121

    The addresses listed above constitute the last known addresses in question. The check in the amount of $14.72 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

    DATED this 28th day of December, 2010.

*[signature]*
Duane H. Gillman, Trustee